**Order entered February 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01480-CV

**PLANO AMI LP, ET AL, Appellants**

**V.**

**ERWIN CRUZ, M.D., Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-16274-E**

## ORDER

Before the Court is the parties' January 30, 2013 joint unopposed motion to align briefing schedules. By order dated January 9, 2013, the Court informed the parties that the appeals in cause number 05-12-01480-CV and cause number 05-12-01559-CV would be submitted on the same docket to one submission's panel. Accordingly, we **DENY** the parties' motion to align briefing schedules.

The reporter's record filed in cause number 05-12-01559-CV has now been posted to cause number 05-12-01480-CV, as well. We **ORDER** appellants' to file their brief in this appeal within thirty days of the date of this order.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE